# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE O'NEIL, | No. 2:18-cv-0858 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| ROBERT BURTON, Warden, | |
| Respondent. | |

Petitioner has filed a second request for extended time to file a traverse in this action. Good cause appearing, petitioner's request will be granted. Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for extended time, ECF No. 17, is granted; and

2. Petitioner is granted sixty days from the filing date of this order in which to file and serve his traverse.

DATED: October 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE